IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 SEP 18 AM 9 13

STEPHAN HARRIS, CLERK
CHEYENNE

|  |  |
|---|---|
| WYOMING STOCK GROWERS ASSOCIATION, | Case No. 2:15-cv-00181-ABJ-KHR |
| Petitioner, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Respondents, | |
| WYOMING OUTDOOR COUNCIL, THE WILDERNESS SOCIETY, and NATIONAL AUDUBON SOCIETY, | |
| Respondent-Intervenors. | |
| WYOMING COALITION OF LOCAL GOVERNMENTS, | Case No. 2:16-cv-00041-ABJ-KHR |
| Petitioner, | *(Consolidated)* |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | **ORDER ON JOINT STATUS REPORT** |
| Respondents, | |
| WYOMING OUTDOOR COUNCIL, THE WILDERNESS SOCIETY, and NATIONAL AUDUBON SOCIETY, | |
| Respondent-Intervenors. | |

On July 7, 2017, this Court granted the Petitioners' and Respondents' Joint Motion to stay this litigation, and the stay has been in place since that date. *See* ECF No. 76. On September 10, 2018, the Parties advised the Court that that stay should be continued for an additional 90 days. For good cause shown, the case shall remain stayed for 90 days from the date of this order. At the end of the 90-day stay period, the Parties (including Intervenors) shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the Parties (including Intervenors) shall propose a revised litigation schedule.

Dated this 17th day of September, 2018.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE